UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY DOCKET UNIT
2026 JAN 27   PM 3: 11

Jamar Smith

_____

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Macnair Sillick, Goran Remes, Milagros Cornejo
Arlo Williamsburg Jonathon ?

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☐ Yes    ☑ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jamos
First Name

L.
Middle Initial

Smith
Last Name

133 Curtis lane
Street Address

Westchester, Yonkers
County, City

NY
State

10710
Zip Code

914-318-6396
Telephone Number

JLSmith1287@gmail.com
Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    Macnair Sillick
Name

96 Wythe Ave
Address where defendant may be served

Brooklyn
County, City

NY
State

11249
Zip Code

Defendant 2:    Goran Remes
Name

96 Wythe Ave
Address where defendant may be served

Brooklyn
County, City

NY
State

11249
Zip Code

Defendant 3:

Jonathan (Head Bartender)
Name

96 Wythe Ave
Address where defendant may be served

Brooklyn                          NY                    11249
County, City                      State                 Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Arlo Williamsburg
Name

96 Wythe Ave
Address

Brooklyn                          NY                    11249
County, City                      State                 Zip Code

## III.   CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐   **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑  race:       Black/African American

☑  color:      Dark skin

☐  religion:   _____

☑  sex:        Male

☐  national origin:  _____

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:  Black

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- [x] did not hire me

- [ ] terminated my employment

- [ ] did not promote me

- [ ] did not accommodate my disability

- [ ] provided me with terms and conditions of employment different from those of similar employees

- [x] retaliated against me

- [x] harassed me or created a hostile work environment

- [ ] other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

1. Carrie accused me of sexual assault simply because I informed management she was stealing food. (No proof or evidence, just a blatant lie.) 2. I ask management to keep me away from her, but they insist we work together. She accuses me again and based off video footage proves I was telling the truth. I'm later told to go home despite I was telling the truth. Mac and Milagros PROMISED I would get my job back. 3. This is not the first time Arlo has discriminated against thier employeers, I will attach more facts to support my claim.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☑ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?   11-26-2023

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?   11·13·2025

        When did you receive the Notice?   11·13·2025

    ☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☑ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☐ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Before the defendants actions, I earned about 3K per week during a 3 month working season. Because of the defendant's conduct, I lost income and future earning opportunities. I am requesting 250,000 to compensate for these losses and the financial hardship caused.

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/13/2025

**To:** Mr. Jamar L. Smith
133 curtis lane
YONKERS, NY 10710
Charge No: 520-2024-01207

EEOC Representative and email:    PAUL ESPOSITO
INVESTIGATOR
PAUL.ESPOSITO@EEOC.GOV

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2024-01207.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
11/13/2025

Arlean Nieto
Acting District Director

## VII.  PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

1·27·2026
Dated                                                    Plaintiff's Signature

Jamar                          L.                      Smith
First Name              Middle Initial           Last Name

133 Curtis lane
Street Address

Westchester, Yonkers              NY                    10710
County, City                          State                    Zip Code

914.318.6396                      JLSmith12872@gmail.com
Telephone Number                 Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.











Thank you, Mac, for this detailed overview.

Let's discuss on the call today.

Heather

**Arlo**
Hotels

\intbl\cbpat2Heather Berti

\intbl\cbpat2Senior Vice President of People Services

\intbl T: 646.921.7322 | C: 917.415-5524 | arlohotels.com

Arlo
Williamsburg

We're coming to Brooklyn! Arlo's fourth hotel in
NYC debuts on September 12th with everything
you know and love about Arlo BKLYN style.

CHECK IT OUT

From: Macrair Silick <Macrair@thewilliamsburghotel.com>
Sent: Monday, September 4, 2023 6:19 PM
To: Milagros Cornejo <Milagros@thewilliamsburghotel.com>; Heather Berti <hberti@arlohotels.com>; Fiona Hynes
<Fiona@thewilliamsburghotel.com>
Subject: New Carrie/Jamar situation - Mon 9.4.23

**CARRIE**

Today Carrie pulled Goran aside and asked to speak to me because Jamar was ignoring her.

I went up and we spoke briefly about what happened:

She said she was talking to Armando (bartender) about setting up a bottle table. Armando asked Jay if he could help with the
cups, while Carrie was nearby, and he said "no" and walked off.

She claimed this is hostile work environment because he refuses to work with her and that he isn't doing his job or helping in any
way.



Archived: Tuesday, June 25, 2024 8:20:48 AM
From: Milagros Cornejo
Mail received time: Mon, 11 Sep 2023 22:31:01
Sent: Mon, 11 Sep 2023 22:30:57
To: Jksmith1287@gmail.com
Cc: Fiona Hynes Heather Berti
Subject: RE: Harassment 9/4/23
Importance: Normal
Sensitivity: None

Dear Jarihr,

Thank you for reaching out to us.

We acknowledge and appreciate your concerns regarding certain employee issues. In order to address these matters effectively, we would like to arrange a meeting with you this Wednesday. It would be helpful if you could provide us with any witnesses who can support the issues you have raised. Their input will be invaluable in our investigation and resolution process.

To ensure that the meeting is convenient for you, please let us know your preferred time. We want to accommodate your schedule as much as possible.

Please be assured that we take all employee concerns seriously, and we are actively investigating the matter.

Thank you again for bringing these matters to our attention. We look forward to meeting with you and addressing your concerns.

Best regards,

Milagros Cornejo

Milagros Cornejo
Director of People & Culture

**Arlo**
Williamsburg

96 Wythe Ave Brooklyn, NY 11249

718.762.8399 ext. 4794 | arlohotels.com

-----Original Message-----

From: jarrar smith <jksmith1287@gmail.com>



\ub240I feel like you're taking his side. You've already dismissed me & told me I'm the common denominator for simply reporting my experiences.

\ub240There's a thing called micro-aggressions, and perhaps you don't understand it because you are not an Asian woman, and probably don't have the same frequent traumatic, disrespectful, and unfair experiences I have because you're not an Asian woman.

\ub240I'd feel more comfortable speaking with an hr representative who is an Asian woman.

\ub240It was very clear that he said no he wouldn't help me, bc he refuses to work together with me. Go watch that interaction.

\ub240

<image003.png>

Macrae Sillck

Director of Food and Beverage

The Williamsburg Hotel

..............................................

96 Wythe Ave Brooklyn, NY 11249

(P/M) 718-362-8100 / 585-506-7979

macrae@thewilliamsburghotel.com

<image004.png>

Confidential



From: Macrae Silick <Macrae@thewilliamsburghotel.com>
Sent: Thursday, September 7, 2023 5:46 PM
To: Heather Berti <hberti@arlohotels.com>, Milagros Cornejo
<Milagros@thewilliamsburghotel.com>; Fiona Hynes <Fiona@thewilliamsburghotel.com>
Subject: Carrie Kim - 7shifts message

Hi guys,

I just saw this message now. I have not responded. It was sent on 7shifts messaging directly to
me Monday 9.4.23 at 9:08 pm.

1. Hi Mac. Is it possible for me to see the video? Bc I still low key don't believe that... I
put my order in with the rest. I find it hard to believe that he never looked at the ticket to
see where it's going

Also he still didn't work together with me when there were issues with the cabana

\sb240There are always food issues with my cabanas with him. Today there were two

\sb240It's happened on the other shifts as well

\sb240He has been blatantly rude to me today when I needed his assistance and I feel
like you are being biased. You're asking me if I asked him for help, but he makes it
clear that he won't respond when I talk to him

\sb240It's not fair for it to get put on me, bc he has always made it hard for me to talk
to him and now I'm in a place where I don't feel like I can at all whatsoever, and be
spoken to in a kind, respectful, and professional manner

\sb240He wouldn't say no to anyone like the way he said to me today when I needed
his help. He'd stop and listen and make an effort

\sb240It's not fair for you to stop me in the middle of me working non stop with a big
smile on your face to tell me you saw a video. It's honestly so weird and smug. You've
blamed me in the past, disregarded my concerns EVEN THOUGH, they involved both
him frequently coming onto me and making me uncomfortable, him being aggressive and
wrongly accusatory towards me, AND being discriminated against because of race. My
job being made harder.

\sb240It's not fair, It's not that one sided. I've had so many bad experiences with these
two people.

Confidential

Archived: Tuesday, June 25, 2024 7:32:28 AM
From: Macnair Sillck
Mail received time: Fri, 1 Sep 2023 01:29:27
Sent: Fri, 1 Sep 2023 01:29:30
To: Heather Berti Milagros Cornejo Fiona Hynes
Cc: HR
Subject: Rand Farris - ROC (Carrie/Jamar/Tiffani issues)
Importance: Normal
Sensitivity: None

---

Today Aaron Finney and I sat with Rand and asked for her witness account of the day when Carrie came upstairs speaking ill about Jamar and Tiffani stood up for her.

Rand said it all began when Carrie came up and was kind of talking to herself about Jamar. Rand felt it wasn't to anyone in particular just thinking out loud. She said something like "he's a jerk" or "he's an a\*\*hole". This is when Tiffani interjected herself in and said that Jamar is a nice guy. Carrie said that "well, he harasses me and that's my experience with him"

This is when Tiffani brings race into the discussion like we've heard recounted.

As soon as Jamar was back on the roof Tiffani pulled him aside to talk about Carrie.

After that conversation between Tiffani and Jamar, Jamar told Rand that he's not talking to Carrie anymore. Jamar would refuse to talk to Carrie the rest of the shift. He wouldn't talk to her even if she was directly addressing her.

She mentioned that Carrie had mentioned to her that Jamar had been flirty with her but it was not a complaint at the time.

This was basically everything. She didn't have anything to add in regards to their interactions post-this shift.

\cbpat2\li0°\bir°

\cbpat2

\cbpat2Macnair Sillck

\cbpat2

\cbpat2Director of Food and Beverage

\cbpat2The Williamsburg Hotel

Confidential

Hi Fiona,

Jamar Smith called out Wednesday, Thursday, Friday and Saturday.

He is on the schedule Wednesday through Sunday 10am-6pm.

Best,

\cbpat2\f0Goran Remes

\cbpat2\sb280\f0Assistant Director of Food and Beverage
Arlo Williamsburg

96 Wythe Ave Brooklyn, NY 11249

\cbpat2\sb283.f0(P/M) 718-362-8100 / 646-943-3407

\cbpat2\sb280.f0gremes@arlohotels.com

\sb280From: Fiona Hynes <fhynes@arlohotels.com>
Sent: Saturday, September 16, 2023 7:41 AM
To: Goran Remes <goran@thewilliamsburghotel.com>
Cc: Heather Berti <hberti@arlohotels.com>; Milagros Cornejo <mcornejo@arlohotels.com>; Macruir Sillick
<msllick@arlohotels.com>
Subject: Jamar call outs

Hi Goran,

Can you confirm how many consecutive scheduled days Jamar has called for, including today, please.

\intblhf0Fiona Hynes

\intbl\sb280\f0Corporate Director of Food &
Beverage

\intbl\sb280.f0C 646.706.6636 | arlohotels.com

\sb280\f0

\sb280\f0



Confidential



\cbpat2\sb280\f0Assistant Director of Food and Beverage
Arlo Williamsburg

96 Wythe Ave Brooklyn, NY 11249

\cbpat2\sb280\f0(P/M) 718-362-8100 / 646-943-3407

\sb280

From: Goran Remes <gremes@arlohotels.com>
Sent: Saturday, September 16, 2023 9:14:02 AM
To: Fiona Hynes <fhynes@arlohotels.com>
Cc: Goran Remes <Goran@thewilliamsburghotel.com>; Heather Berti <hberti@arlohotels.com>; Milagros Cornejo <mcornejo@arlohotels.com>; Macnair Silick <msilick@arlohotels.com>
Subject: Re: Jamar call outs

Last week he worked: Monday, Wednesday, Thursday and Friday.

I see he called out on Sunday, 9/10

\cbpat2\f0Goran Remes

\cbpat2\sb280\f0Assistant Director of Food and Beverage
Arlo Williamsburg

96 Wythe Ave Brooklyn, NY 11249

\cbpat2\sb280\f0(P/M) 718-362-8100 / 646-943-3407

\cbpat2\sb280\f0gremes@arlohotels.com

\sb280From: Fiona Hynes <fhynes@arlohotels.com>
Sent: Saturday, September 16, 2023 9:08 AM
To: Goran Remes <gremes@arlohotels.com>
Cc: Goran Remes <Goran@thewilliamsburghotel.com>; Heather Berti <hberti@arlohotels.com>; Milagros Cornejo <mcornejo@arlohotels.com>; Macnair Silick <msilick@arlohotels.com>
Subject: Re: Jamar call outs

Thanks Goran.

Did he work at all last week?

\intbl\sb240\f0Fiona Hynes

\sb280\fCorporate Director of Food &

Confidential



From: Milagros Cornejo <mcornejo@arlohotels.com>
Sent: Monday, September 18, 2023 9:42 AM
To: Goran Remes <gremes@arlohotels.com>; Fiona Hynes <fhynes@arlohotels.com>
Cc: Heather Berti <hberti@arlohotels.com>; Macnair Sillek <msillek@arlohotels.com>
Subject: RE: Jamar call outs

Hi Goran,

Did he reach out to you after you reaching out to him? He was not part of the laid off employees, due to constant no show no call we should see to add him on the next laid offs. Of course depending if he is needed due to hotel needs.

Lets talk about him.

Thank you,

Milagros Cornejo
Director of People Services

**Arlo**
Williamsburg

96 Wythe Ave Brooklyn, NY 11249

T: 718-362-8100 ext. 4744 | arlohotels.com

From: Goran Remes <Goran@the-williamsburghotel.com>
Sent: Sunday, September 17, 2023 11:57 AM
To: Goran Remes <gremes@arlohotels.com>; Fiona Hynes <fhynes@arlohotels.com>
Cc: Heather Berti <hberti@arlohotels.com>; Milagros Cornejo <mcornejo@arlohotels.com>; Macnair Sillek <msillek@arlohotels.com>
Subject: Re: Jamar call outs

Greetings,

Confidential



Lets review next steps on our call tomorrow.

**Arlo**
Hotels

\intbl\cbpat2Heather Berti

\intbl\cbpat2Senior Vice President of People Services

\intbl    \intblT: 646.921.7322 | C: 917.415.5524 | arlohotels.com

From: Goran Remes <gremes@arlohotels.com>
Sent: Monday, September 18, 2023 9:49 AM
To: Milagros Cornejo <mcornejo@arlohotels.com>; Fiona Hynes <fhynes@arlohotels.com>
Cc: Heather Berti <hberti@arlohotels.com>; Macnair Sllick <msllick@arlohotels.com>
Subject: RE: Junar call outs

Morning, Milagros,

He never reached out back.

Let's talk today after 2pm

Thank you

\cbpat2Goran Remes

\cbpat2Assistant Director of Food and Beverage
Arlo Williamsburg

96 Wythe Ave Brooklyn, NY 11249

\cbpat2(P/M) 718-362-8100 / 646-945-3407

Confidential