UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMITH

Plaintiff,

-against-

SILICK ET AL

Defendant.

26-cv-731 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

The Court is in receipt of Defendants' letter requesting a pre-motion conference ahead of their anticipated Motion to Dismiss and Plaintff's letter in opposition.

The Court orders the Parties participate in a telephonic conference on **May 13, 2026 at 4:15 pm**. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226# ) on the date and time specified above.

SO ORDERED.

Dated:   April 30, 2026

New York, New York

ANDREW L. CARTER, JR.
United States District Judge