UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMITH

                    Plaintiff,

              -against-                          26-cv-731 (ALC)

         SILICK ET AL                            ORDER


                    Defendant.


ANDREW L. CARTER, JR., United States District Judge:


Following up from the May 13, 2026 telephonic conference, the Plaintiff's Amended Complaint

is due by June 3, 2026. The Defendants are ORDERED to file a letter by June 9, 2026 indicating

whether they intend to move to dismiss.


SO ORDERED.
Dated:   May 13, 2026

         New York, New York                     ANDREW L. CARTER, JR.
                                                 United States District Judge