**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SMITH

Plaintiff,

-against-

SILICK ET AL

**Defendant.**

26-CV-731

(ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's request for an extension is GRANTED. However, in the future Plaintiff is ordered to confer with Defendants prior to asking the Court. Plaintiff's opposition is due August 17, 2026 and any Reply from Defendants is due by August 24, 2026.

**SO ORDERED**
DATED
August 7, **2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**