**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**SMITH,**

**Plaintiff,**

**-against-**

**SILLICK ET AL.,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-00731-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is ORDERED to file a letter by December 8, 2026, stating whether he wishes to amend his complaint. The letter should state which parties Plaintiff wishes to list as Defendants. Defendants should file their response to Plaintiff's letter by December 15, 2026.

**SO ORDERED.**

**Dated:** November 19, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**